1   Plaintiff's Counsel:
    Jayne Conroy
2   Hanly Conroy Bierstein Sheridan
       Fisher & Hayes LLP
3   112 Madison Avenue
    New York New York 10016-7416
4   (212) 784-6400
    (212) 284-6420 (fax)
5
    -and-
6
    SimmonsCooper LLC
7   707 Berkshire Blvd.
    East Alton, IL 62024
8   (618) 259-2222
    (212) 259-2251 (Fax)
9

10                      UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
12                       SAN FRANCISCO DIVISION
13

14
    IN RE: BEXTRA AND CELEBREX          Case No. M:05-CV-01699-CRB
15  MARKETING SALES PRACTICES,
    AND PRODUCT LIABILITY               MDL NO. 1699
16  LITIGATION
                                        STIPULATION AND ORDER OF DISMISSAL
17  This Document Relates To:           WITH PREJUDICE

18  *Robert E. Jones and Arnetta T. Jones, vs.
    Pfizer, Inc.,.*
19  *MDL No. 06-2383:* Plaintiff Robert E.
    Jones and Arnetta Jones
20

21          Come now the Plaintiffs, Robert E. Jones and Arnetta Jones, and Defendant, Pfizer Inc.,

22  by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

23

24

25

26

27

28

                                        - 1 -      STIPULATION OF DISMISSAL WITH PREJUDICE

1  41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Robert E. Jones and**

2  **Arnetta Jones**'s action only, with each side bearing its own attorneys' fees and costs.

3

4

5

6  Dated: _____, 2009          By:_____
                                         Jayne Conroy
7                                        **HANLY CONROY BIERSTEIN**
                                         **SHERIDAN FISHER & HAYES LLP**
8                                        112 Madison Avenue
                                         New York, New York 10016-7416
9                                        (212) 784-6400
                                         (212) 784-6420 (Fax)
10                                       Email: jconroy@hanlyconroy.com

11                              -and-

12                                       **SIMMONSCOOPER LLC**
                                         707 Berkshire Blvd.
13                                       East Alton, IL 62024
                                         (618) 259-2222
14                                       (618) 259-2251 (Fax)

15                                       *Counsel for Plaintiff.*

16

17

18  Dated: _____March 11_, 2009        By:_____
                                         Michelle W. Sadowsky
19                                       **DLA PIPER US LLP**
                                         1251 Avenue of the Americas
20                                       New York, New York 10020-1104
                                         (212) 335-4625
21                                       (212) 884-8675 (Fax)

22                                       *Counsel for Defendant Pfizer, Inc.*

23  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
24  IT IS SO ORDERED.**

25

26  Dated: _____MAR 3 0____, 2009      By:_____
                                         United States District Court
27

28

-2-                                      STIPULATION OF DISMISSAL WITH PREJUDICE